**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2006

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

## 06 - CV - 00331 -乢ᔔ

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

THOMAS E. CALABAZA,

        Plaintiff,

v.

DR. CALVIN POLLAND,

        Defendant.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

        Plaintiff has submitted an Inmate Account Statement, and a Civil Rights

Complaint.  He has failed either to pay the $250.00 filing fee or to file a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  The court has

determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Plaintiff will be directed to cure the following if he wishes to pursue his

claims.  Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    _X_    is not submitted
(2)    _     is missing affidavit
(3)    _X_    is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing (Account statement submitted is
              not certified by a prison official.)

(4)  __  is missing required financial information
(5)  __  is missing an original signature by the prisoner
(6)  __  is not on proper form (must use the court's current form)
(7)  __  names in caption do not match names in caption of complaint, petition or habeas application
(8)  __  An original and a copy have not been received by the court. Only an original has been received.
(9)  X  other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10)  __  is not submitted
(11)  X  is not on proper form (must use the court's current form)
(12)  __  is missing an original signature by the prisoner
(13)  __  is missing page nos. ___
(14)  __  uses et al. instead of listing all parties in caption
(15)  __  An original and a copy have not been received by the court. Only an original has been received.
(16)  __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  __  names in caption do not match names in text
(18)  __  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24th day of *February*, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.          06 - CV - 00331 -$N$

Thomas E. Calabaza
Reg. No. 18258-051
USP-Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on _2/27/06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk