IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00331-PSF-PAC

THOMAS E. CALABAZA,

    Plaintiff,

v.

DR. CALVIN POLLAND,
MRS. C. SANTOS COLLINS, P.A.; and
MR. CELESTINO GARCIA, P.A.,

    Defendants.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Michael J. Watanabe, United States Magistrate Judge

This is a *pro se* prisoner civil rights action under *Bivens*.[1]  A May 19, 2006 Order of Reference referred this case to the undersigned to conduct pretrial proceedings and to issue recommendations for rulings on dispositive motions.  The matter before me at this time is Calabaza's Motion to Dismiss Without Prejudice (Doc. #37), filed September 15, 2006.

Plaintiff asks the court to dismiss this action without prejudice so that he may exhaust his administrative remedies, as required by the Prison Litigation Reform Act, 42 U.S.C. §1997e(a).  Defendants do not object to dismissal without prejudice.  Accordingly, it is

**HEREBY RECOMMENDED** that Calabaza's Motion to Dismiss Without Prejudice (Doc. #37), filed September 15, 2006, be **GRANTED**.  It is

---

[1] *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

**FURTHER RECOMMENDED** that Defendants' Motion to Dismiss to the Extent Defendants Are Sued In Their Official Capacities (Doc. #23), filed July 20, 2006, and Defendants Polland's and Santos Collins' Motion to Dismiss to the Extent They Are Sued In Their Individual Capacities (Doc. #32), filed August 16, 2006, be **DENIED AS MOOT**. It is

**FURTHER RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.**

**Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of de novo review of the recommendation by the district judge and may also waive the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated October 3, 2006.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge