IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00331-PSF-PAC

THOMAS E. CALABAZA,

    Plaintiff,

v.

DR. CALVIN POLLAND;
MRS. C. SANTOS-COLLINS, P.A.; and
MR. CELESTINO GARCIA, P.A.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

This prisoner matter is before the Court pursuant to the Recommendation of the Magistrate Judge entered October 3, 2006 (Dkt. # 42), in which he recommended granting plaintiff's Motion to Dismiss Without Prejudice (Dkt. # 37) so that plaintiff could exhaust his administrative remedies, denying defendants' pending Motions to Dismiss (Dkt. ## 23 and 32) as moot, and dismissal of this case without prejudice.  Defendants Polland and Santos-Collins did not oppose the relief requested in their response to the plaintiff's motion (Dkt. # 40).  Defendant Garcia does not appear to have yet been served with process in this action.  Although the record is ambiguous as to whether he has waived service deficiencies by virtue of his being represented by Michael Johnson Esq., (*see* Dkt. ## 23, 27), even if so that defendant has not opposed dismissal either.  No objection has been filed to the Recommendation of the Magistrate Judge and more than 30 days have elapsed.

Accordingly, the Recommendation of the Magistrate Judge is accepted and plaintiff's Motion to Dismiss Without Prejudice (Dkt. # 37) is GRANTED. Defendants' Motion to Dismiss to the Extent Defendants are Sued in Their Official Capacities (Dkt. # 23) is DENIED as moot. Defendants Polland and Santos Collins' Motion to Dismiss to the Extent They Are sued in Their Individual Capacities (Dkt. # 32) is DENIED as moot.

This case is DISMISSED WITHOUT PREJUDICE.

Dated: November 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge